CROSNER LEGAL, P.C.
Michael T. Houchin (SBN 305541)
mhouchin@crosnerlegal.com
Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRES OROZCO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-07254-KS<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>Judge: Hon. Karen L. Stevenson |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Andres Orozco ("Plaintiff") and Defendant Target Corporation ("Defendant") (collectively "the Parties") hereby stipulate and agree as follows:

1. Plaintiff's individual claims in this action shall be dismissed with prejudice;
2. The claims of the putative class members, if any, shall be dismissed without prejudice;
3. Each Party shall bear their own attorneys' fees and costs.

Dated: April 30, 2026

CROSNER LEGAL, P.C.

By: */s/ Michael T. Houchin*
MICHAEL T. HOUCHIN

9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
mhouchin@crosnerlegal.com
*Attorneys for Plaintiff*

Dated: April 30, 2026

WINSTON & STRAWN LLP

By: */s/ Ronald Y. Rothstein*

Ronald Y. Rothstein (*pro hac vice*)
RRothstein@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: +1 312-558-5600

Jared R. Kessler (pro hac vice)
JRKessler@winston.com
WINSTON & STRAWN LLP
200 South Biscayne Boulevard, Suite 2400
Miami, Florida 33131

Telephone: +1 305-910-0500

Shawn R. Obi (SBN: 288088)
SObi@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: +1 213-615-1700

**SIGNATURE ATTESTATION**

The filer of this document attests that all signatories have concurred in its filing.

Dated: April 30, 2026

CROSNER LEGAL, P.C.

By: */s/ Michael T. Houchin*
Michael T. Houchin